# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **RODNEY A. KOON,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:19-cv-00213-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **FRANK D. WHITNEY, and** | ) | |
| **BRYAN WELLS,** | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 10, 2019 Order.

July 10, 2019

Frank G. Johns, Clerk
United States District Court